# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

SF2 ENGINEERING, INC.,

        Plaintiff,

Case Number: 08-12875

HON. MARIANNE O. BATTANI

v.

CRYOVAC, INC.,

        Defendant.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court having reviewed the Magistrate Judge's Report and Recommendation, (Doc. 25), and no objections having been filed thereto,

**IT IS HEREBY ORDERED** that the Report and Recommendation is **ADOPTED**. Defendant's Motion for Enforcement of Order Granting Defendant's Motion to Compel and Request for Sanctions under Rule 37, (doc. 18), is **GRANTED IN PART AND DENIED IN PART**.

                                              s/Marianne O. Battani
                                              MARIANNE O. BATTANI
                                              UNITED STATES DISTRICT JUDGE

Dated: September 1, 2009

**CERTIFICATE OF SERVICE**

  Copies of this Order were served upon counsel of record on this date by ordinary mail and/or electronic filing.

                <u>s/Bernadette M. Thebolt</u>
                Deputy Clerk